# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

PATRICK LEONARD,

    Petitioner, : Case No. 1:09-cv-056

:    Chief Judge Susan J. Dlott
-vs-    Magistrate Judge Michael R. Merz

WARDEN, Ohio State Penitentiary,

:

    Respondent.

## BRIEFING ORDER ON DISCOVERY

Having read Respondent's Renewed Motion for Reconsideration, the Court agrees it is proper to consider Respondent's arguments on the merits of discovery. Accordingly, Petitioner shall treat the renewed Motion as if it were a memorandum in opposition to the Motion for Discovery and shall file a reply memorandum not later than June 25, 2010.

June 9, 2010.

                        s/ **Michael R. Merz**
                        United States Magistrate Judge