# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

PATRICK LEONARD,

    Petitioner,

Case Nos. 1:09-cv-56 & 1:17-cv-28

District Judges Susan J. Dlott &
    Timothy S. Black

    -vs-

Magistrate Judge Michael R. Merz

WARDEN, Ohio State Penitentiary,

    Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of Magistrate Judge Michael R. Merz (ECF No. 86 in 1:09-cv-56 and ECF No. 15 in 1:17-cv-28), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that cases 1:09-cv-56 and 1:17-cv-28 are dismissed without prejudice as moot.

March 22, 2017.

                                                               S/Susan J. Dlott
                                                                Susan J. Dlott
                                                          United States District Judge